# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:   July 7, 2016                    D-37-16

_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW
   § 468-a.

COMMITTEE ON PROFESSIONAL               MEMORANDUM AND ORDER
   STANDARDS,                                  ON MOTION
                      Petitioner;

LUIS CHEBL MASSUD-FILHO,
                      Respondent.

(Attorney Registration No. 4049151)
_____

Calendar Date:   March 21, 2016

Before:   Lahtinen, J.P., Garry, Rose, Devine and Aarons, JJ.

_____

     Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

     Luis Chebl Massud-Filho, Sao Paulo, Brazil, respondent
pro se.

_____

Per Curiam.

     Respondent, who was admitted to practice by this Court in
2002, was suspended by this Court's order dated January 30, 2014
for failure to comply with the attorney registration requirements
of Judiciary Law § 468-a (113 AD3d 1020 [2014]).

     Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Lahtinen, J.P., Garry, Rose, Devine and Aarons, JJ., concur.


ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.


ENTER:

Robert D. Mayberger
Clerk of the Court